IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS HAMMAN,

    Plaintiff,                            No. CIV S-05-116 DFL KJM P

    vs.

OFFICER CALLAHAN, et al.,

    Defendants.

_____/        ORDER

         Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).

         Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

         Plaintiff is required to pay the statutory filing fee in effect at the time of filing of his action, $150.00. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $ 3.70 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments

1

of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

Plaintiff has filed his second request for the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel under 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's second request for the appointment of counsel will therefore be denied.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 14, 2005 second request for the appointment of counsel is denied.

2. Plaintiff's request for leave to proceed in forma pauperis is granted.

3. Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action. Plaintiff is assessed an initial partial filing fee of $ 3.70.  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

4. Service is appropriate for the following defendants: Callahan and Valdao.

---

[1] Contrary to plaintiff's urging, Coleman v. Wilson, 912 F. Supp. 1282 (E.D. Cal. 1995), does not establish that plaintiff is automatically eligible for the appointment of counsel.

1    5. The Clerk of the Court shall send plaintiff twoUSM-285 forms, one summons,
2 an instruction sheet and a copy of the complaint filed January 18, 2005.
3    6. Within thirty days from the date of this order, plaintiff shall complete the
4 attached Notice of Submission of Documents and submit the following documents to the court:
5        a. The completed Notice of Submission of Documents;
6        b. One completed summons;
7        c. One completed USM-285 form for each defendant listed in number 3
8        above; and
9        d. Three copies of the endorsed complaint filed January 18, 2005.
10    7. Plaintiff need not attempt service on defendants and need not request waiver of
11 service.  Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without
13 payment of costs.
14 DATED:  May 19, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
hamm0116.1new

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS HAMMAN, JR.,

      Plaintiff,                       No. CIV S-05-0116 DFL KJM P

     vs.

OFFICER CALLAHAN, et al.,          NOTICE OF SUBMISSION

      Defendants.                  OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ completed summons form

      ____ completed USM-285 forms

      ____ copies of the _____
                             Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff